**Order entered October 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00890-CV

**U.S. BANK, N.A., Appellant**

**V.**

**PINKERTON CONSULTING AND INVESTIGATIONS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12926**

## ORDER

We **GRANT** appellee's October 21, 2013 unopposed motion for an extension of time to file a brief. Appellee shall file its brief on or before November 22, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE